

IN THE
TENTH COURT OF APPEALS

No. 10-11-00020-CR

AUDREKA LYNN TURNER,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 361st District Court
Brazos County, Texas
Trial Court No. 09-03568-CRF-361

MEMORANDUM OPINION

Audreka Turner entered an open guilty plea to the state-jail felony offense of theft of property valued at less than $1,500 with two prior theft convictions. The trial court assessed a fifteen-month state-jail term. Turner appealed.

Turner's appointed appellate counsel has filed a motion to withdraw and an *Anders* brief, asserting that she has diligently reviewed the appellate record and that, in her opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396,

18 L.Ed.2d 493 (1967). Turner filed a *pro se* response; however, she does not raise any arguable issues. The State waived the filing of a brief. We will affirm.

In an *Anders* case, we must, "after a full examination of all the proceedings, []decide whether the case is wholly frivolous." *Anders*, 386 U.S. at 744, 87 S.Ct. at 1400; *accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n.10, 108 S.Ct. 1895, 1902 n.10, 100 L.Ed.2d 440 (1988).

We have conducted an independent review of the record, and because we find this appeal to be wholly frivolous, we affirm the judgment. Counsel must send Turner a copy of our decision by certified mail, return receipt requested, at Turner's last known address. TEX. R. APP. P. 48.4. Counsel must also notify Turner of her right to file a *pro se* petition for discretionary review. *Id.*; *see also Ex parte Owens*, 206 S.W.3d 670, 673-74 (Tex. Crim. App. 2006). We grant counsel's motion to withdraw, effective upon counsel's compliance with the aforementioned notification requirement as evidenced by "a letter [to this Court] certifying [her] compliance." *See* TEX. R. APP. P. 48.4.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Affirmed
Opinion delivered and filed March 21, 2012
Do not publish
[CR25]